Gerry P. Fagan
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Gerry.Fagan@moultonbellingham.com

    Attorneys for Defendants Pantaenius America Limited, AGCS Marine Insurance Company, Liberty Mutual Insurance Company, and Torus Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GALILEA, LLC and TAUNIA KITTLER,<br><br>Plaintiffs,<br><br>-vs-<br><br>PANTAENIUS AMERICA LIMITED, ANDREA M. GIACOMAZZA, AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY,<br><br>Defendants. | Case 2:18-cv-00037-SEH<br><br>**PANTAENIUS' UNOPPOSED MOTION TO CHANGE VENUE TO BILLINGS DIVISION, AND OPPOSED MOTIONS TO DISMISS, COMPEL ARBITRATION, AND/OR STAY THE ACTION** |

    Upon the accompanying memorandum of law, supporting papers, the arguments of counsel, and all of the files and proceedings herein, Defendant

Pantaenius America Limited,[1] by and through its attorneys, respectfully request that this Honorable Court:

(1) issue an order changing the venue for this action to the Billings Division for the United States District Court for the District of Montana. Pursuant to LR. 3.2(b) and Mont. Code Ann. § 25-2-122, the Butte Division does not contain a county of proper venue under the laws of the State of Montana, and is therefore an improper venue for this action. The Billings Division contains the only county that is a proper venue for this action, and therefore, a change of venue to the Billings Division is appropriate under Local Rule 3.2(b). This motion is brought pursuant to L.R. 3.2(c) and Mont. Code Ann. § 25-2-122 in Defendant's first appearance in this matter; and/or

(2) issue an order: (a) compelling Plaintiffs to bring their disputes to arbitration in New York under the Rules of the American Arbitration Association ("AAA") pursuant to the agreement to arbitrate set forth in the application for yacht insurance, the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and the doctrine of *forum non conveniens*; and (b) dismissing this action or alternatively staying it pursuant to 9 U.S.C. § 3; and/or

---

[1] Plaintiffs have not served co-Defendant Andrea M. Giacomazza, so she is not appearing.

2

(3) issue an order dismissing, with prejudice, Plaintiffs' claims pursuant to Rules 17 and 12(b)(1) and (6) of the Federal Rules of Civil Procedure; and/or

(4) issue an order staying the captioned action pending the outcome of the AAA arbitration in New York in which Galilea, LLC and Mr. Chris Kittler are claiming the same alleged "damages in excess of $1,566,500," as the outcome of that arbitration (commenced in 2015 and stayed by the District of Montana until February 9, 2018) could render moot the claims being brought in this new action; and/or

(5) provide such other, further, and different relief as this Court may deem appropriate.

Pursuant to Local Rule 7.1(c)(1), Plaintiffs have advised that they do not object to the motion to transfer venue, but do object to the other motions.

**DATED** this 24th day of August, 2018.

        MOULTON BELLINGHAM PC

        By:  /s/ Gerry Fagan

        GERRY FAGAN
        ATTORNEY FOR DEFENDANTS