FILED

AUG 27 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GALILEA, LLC and TAUNIA KITTLER,<br><br>                      Plaintiffs,<br><br>vs.<br><br>PANTAENIUS AMERICA LIMITED, ANDREA M. GIACOMAZZA, AGCS MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TORUS INSURANCE COMPANY,<br><br>                      Defendants. | No. CV-18-37-BU-SEH<br><br>ORDER |

Before the Court are Insured Defendants' and Defendant Pantaenius America Limited's unopposed motions for change of divisional venue from the Butte Division to the Billings Division.[1] Insurer Defendants and Defendant Pantaenius America Limited have also moved to dismiss, compel arbitration,

---

[1] Docs. 2 and 6.

and/or stay the action.[2] Plaintiffs do not oppose the change of venue motions. The other motions are opposed.[3]

ORDERED:

1. The Unopposed Motions to Change Venue to Billings Division are GRANTED.

2. No action is taken on Defendants' Opposed Motions to Dismiss, Compel Arbitration, and/or Stay the Action.

3. The Clerk is directed to transfer this case to the Billings Division.

DATED this 27th day of August, 2018.

SAM E. HADDON
United States District Judge

---

[2] Docs. 2 and 6.

[3] Docs. 2 and 6.